**DENIED and Opinion Filed September 23, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-00944-CV**

**IN RE WILLIE JAMES CHAPPLE, Relator**

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-09749**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Garcia
Opinion by Justice Pedersen, III

Before the Court is relator's September 22, 2022 petition for writ of mandamus. We deny the petition.

Relator's petition fails to comply with the Texas Rules of Appellate Procedure in multiple respects. Relator's petition does not include any of the following as required by rule 52.3: the identity of the parties and counsel; a table of contents; an index of authorities; a statement of the case; a statement of jurisdiction; the issues or points presented; a statement of facts with record references; a clear and concise argument for the contentions made, with appropriate citations to authorities and to the appendix or record; and a prayer with a short conclusion that clearly states the

nature of the relief sought. *See* TEX. R. APP. P. 52.3(a)–(c), (d)(1)–(3), (e)–(i). As a result, it is not clear what relief relator is seeking from this Court.

Further, relator bears the burden of providing the Court with a sufficient record to show he is entitled to relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). Relator's petition is not properly certified. *See* TEX. R. APP. P. 52.3(j); *In re Butler*, 270 S.W.3d 757, 758 (Tex. App.—Dallas 2008, orig. proceeding). Although relator has filed some unauthenticated documents, the petition is not supported by an appendix with certified or sworn copies of documents showing the matter complained of, TEX. R. APP. P. 52.3(k)(1)(A), and relator did not file a record with his petition containing a certified or sworn copy of every document that is material to relator's claim for relief and that was filed in the underlying proceeding, TEX. R. APP. P. 52.7(a)(1); *Butler*, 270 S.W.3d at 759. Without a certified petition and authenticated record, relator has not carried his burden. *See Butler*, 270 S.W.3d at 758–59.

Accordingly, we deny the petition.


220944f.p05

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE